UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:15CV00281 AGF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Supplemental Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 5) and Motion for Leave to File Supplemental Pleading (ECF No. 28). In both motions, Petitioner asks the Court to consider reports that he argues are relevant to his § 2255 action.

Specifically, in Petitioner's first motion noted above, he requests that the Court consider a newspaper article regarding the sting practices of the Bureau of Alcohol, Tobacco, Firearms and Explosives. In his second motion, Petitioner requests that the Court grant him leave to supplement his § 2255 motion to include the report of an expert witness filed in a criminal proceeding in the United States District Court for the Northern District of Illinois, which Petitioner argues is relevant to his claims.

For good cause shown,

**IT IS HEREBY ORDERED** that Petitioner's motions to supplement (ECF Nos. 5 and 28) are **GRANTED** and the Court will consider the article and report with Petitioner's § 2255 action.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of May, 2017